## NATIONAL LABOR RELATIONS BOARD v. CHENEY CALIFORNIA LUMBER CO.

No. 10787.

Circuit Court of Appeals, Ninth Circuit.

March 31, 1945.

Rehearing Denied May 14, 1945.

Alvin J. Rockwell, Gen. Counsel, Malcolm F. Halliday, Associate Gen. Counsel, and Owsley Vose and Platonia P. Kaldes, Attys., National Labor Relations Board, all of Washington, D. C., for petitioner.

Hall, Henry & Oliver, of San Francisco, Cal., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The order of petitioner, the National Labor Relations Board, against respondent, Cheney California Lumber Company, dated December 30, 1943, will be modified by inserting the word "discriminatorily" between the word "by" and the word "discharging" in paragraph 1(a) of the order; by striking out all of paragraph 1(b);[1] by adding to paragraph 2(b) a proviso to the effect that, as used in that paragraph, the term "loss" means loss actually incurred, and the term "net earnings" includes those which the employee could have earned, but has, without excuse, failed to earn;[2] by striking from paragraph 2(c) all references to paragraph 1(b); and by amending paragraph 2(d) so that, instead of requiring notice to be given to the Board's regional director within 10 days from the date of the order, it will require such notice to be given within 10 days from the date on which our decree becomes final.[3]

As thus modified, the order will be enforced.

[1] Cf. National Labor Relations Board v. Express Pub. Co., 312 U.S. 426, 432–438, 61 S.Ct. 693, 85 L.Ed. 930; National Labor Relations Board v. Mason Mfg. Co., 9 Cir., 126 F.2d 810, 814; National Labor Relations Board v. Walt Disney Productions, 9 Cir., 146 F.2d 44, 50; National Labor Relations Board v. Cowell Portland Cement Co., 9 Cir., 148 F.2d 237.

[2] Cf. National Labor Relations Board v. Cowell Portland Cement Co., supra.

[3] Cf. National Labor Relations Board v. Register Pub. Co., 9 Cir., 141 F.2d 156, 163; National Labor Relations Board v. Cowell Portland Cement Co., supra.